

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,702-01

### EX PARTE LIVELY JAMES STRATTON, JR, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F19-33601-A IN THE 252ND DISTRICT COURT JEFFERSON COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of capital murder and sentenced to life imprisonment. The Ninth Court of Appeals affirmed his conviction. *Stratton v. State*, No. 09-22-00140-CR (Tex. App.—Beaumont July 12, 2023, pet. ref'd). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that trial counsel was ineffective because he failed to request a multiple-assailants jury instruction that was raised by the evidence. Based on the record, the trial court has determined that trial counsel's performance was deficient and that Applicant was prejudiced.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984). The judgment in cause

number F19-33601-A in the 252nd District Court of Jefferson County is set aside, and Applicant is remanded to the custody of the Sheriff of Jefferson County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered: JULY 02, 2025
Do not publish